ORIGINAL

Donald A. Nunn, Esq. SBN 54232
13426 Community Road
Poway, CA 92064
Telephone: (858)748-8612
Facsimile:  (858)748-8610

Attorney for Defendant,
Luz Gabriela Estrada-Gutierrez

FILED

2006 SEP -8  PM 3:12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LUZ GABRIELA ESTRADA-<br>GUTIERREZ,<br><br>　　　　Defendant. | Case No. 06 CR 0825-H<br><br>STIPULATION AND ORDER<br>RE: CHANGE OF SENTENCING<br>HEARING DATE |

## STIPULATION

COMES NOW the Defendant, LUZ GABRIELA ESTRADA-GUTIERREZ, by and through her Attorney, Donald A. Nunn, and the United States of America, by and through Assistant United States Attorney Joseph S. Green, and request this Court to continue the sentencing date, presently scheduled for Monday, September 11, 2006, at 9:00 a.m., to Monday, October 30, 2006, at 9:00 a.m. because counsel need more time to prepare for the sentencing, and to resolve certain issues of importance which require resolution prior to the sentencing hearing.

///

///

1     Both parties agree to continue the sentencing hearing to the indicated date, and the new
2 sentencing date has been cleared with Court Clerk Thelma Mason.
3     IT IS SO STIPULATED.

DATE: September 6, 2006

By: /s/ Joseph S. Green
Joseph S. Green
Assistant United States Attorney

DATE: September 6, 2006

By: /s/ Donald A. Nunn
Donald A. Nunn
Attorney for Defendant,
Luz Gabriela Estrada-Gutierrez

### ORDER

IT IS HEREBY ORDERED that the Sentencing Date in the above referenced case be continued from Monday, September 11, 2006, at 9:00 a.m., to Monday, October 30, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATE: 9/8/06

/s/ Marilyn L. Huff
HONORABLE MARILYN L. HUFF
JUDGE OF THE UNITED STATES
DISTRICT COURT