1  Donald A. Nunn, Esq.  SBN 54232
   13426 Community Road
2  Poway, CA 92064
   Telephone:  (858)748-8612
3  Facsimile:   (858)748-8610

4  Attorney for Defendant,
   Luz Gabriela Estrada-Gutierrez

FILED

2006 OCT 25 AM 8:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 06 CR 0825-H |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER RE: CHANGE OF SENTENCING HEARING DATE |
| LUZ GABRIELA ESTRADA-GUTIERREZ, | ) | |
| Defendant. | ) | |

## STIPULATION

COMES NOW the Defendant, LUZ GABRIELA ESTRADA-GUTIERREZ, by and through her Attorney, Donald A. Nunn, and the United States of America, by and through Assistant United States Attorney Joseph S. Green, and request this Court to continue the sentencing date, presently scheduled for Monday, October 30, 2006, at 9:00 a.m., to Tuesday, January 16, 2007, at 9:00 a.m. because counsel need more time to prepare for the sentencing, and to resolve certain issues of importance which require resolution prior to the sentencing hearing.  The Defendant is in custody.

/ / /

/ / /

/ / /

/ / /

1    Both parties agree to continue the sentencing hearing to the indicated date, and the new
2    sentencing date has been cleared with Court Clerk Thelma Mason.
3    IT IS SO STIPULATED.

4
5    DATE: October 23, 2006

6
7    By: _____
     Joseph S. Green
8    Assistant United States Attorney

9    DATE: October 20, 2006
10   By: _____
     Donald A. Nunn
11   Attorney for Defendant,
12   Luz Gabriela Estrada-Gutierrez

13
14   **ORDER**

15   IT IS HEREBY ORDERED that the Sentencing Date in the above referenced case be
16   continued from Monday, October 30, 2006, at 9:00 a.m., to Tuesday, January 16, 2007, at 9:00
17   a.m.

18
19   IT IS SO ORDERED.
20
21   DATE: 10/25/06

22
23
24   _____
     HONORABLE MARILYN L. HUFF
25   JUDGE OF THE UNITED STATES
     DISTRICT COURT
26
27
28

---
Stipulation to Continue Sentencing Hearing And Order Thereon
Page 2